JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ERIC CERVERA,<br><br>       Petitioner,<br><br>    v.<br><br>W.L. MONTGOMERY, Warden,<br><br>       Respondent. | **Case No. ED CV16-00111 JAK (RAO)**<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: May 18, 2016

_____

JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE